IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | | |
|---|---|---|---|
| IN RE: | ) | | |
| | ) | CHAPTER: | 13 |
| JETHRO AND JENNIFER THURSTON | ) | CASE NO.: | 20-00625 |
| 5187 MURFREESBORO ROAD | ) | JUDGE: | MASHBURN |
| LEBANON, TN 37090 | ) | | |
| SSN: XXX-XX-0803/8042 | ) | | |
|   Debtors. | ) | | |
| | ) | | |
| | ) | | |

## NOTICE OF ORDER FOR RELIEF UNDER TITLE 11
## UNITED STATES CODE

An order for relief under Title 11 of the United States Code has been entered because of a petition filed by the above-named debtor on February 4, 2020. Pursuant to 11 U.S.C. Section 362, a comprehensive stay of all acts and actions by creditors against the debtor and the debtor's property automatically goes into effect upon the filing of a petition for relief under Title 11, United States Code. No order of the United States Bankruptcy Court is required to effectuate this stay.

The garnishment issued by the court listed below to satisfy the judgment of the creditor listed below in this case and identified by the corresponding docket number is void. The clerk of the court, after deduction of the court costs, should pay the appointed trustee all funds held on account of the garnishment.

| **DOCKET** | **COURT** | **NAME OF CREDITOR** |
|---|---|---|
| **2018CV46** | **Wilson County General Sessions Court** | **LVNV Funding, LLC** |
| **2018CV2215** | **Wilson County General Sessions Court** | **TN Quick Cash Inc** |
| **2018CV2719** | **Wilson County General Sessions Court** | **Harpeth Financial Services, LLC** |
| **2019CV931** | **Wilson County General Sessions Court** | **Wilson Bank & Trust** |

A copy of the debtor's Notice of Filing with the date and time of filing is attached hereto. The garnishee is notified that funds and other property held subject to the garnishment shall be delivered to the appropriate trustee to be appointed by the United States Bankruptcy Court. Further garnishments should not be honored. Any funds or property delivered to the appropriate trustee pursuant to this notice should

be identified by the name of the debtor and the Bankruptcy Court case number.

Respectfully submitted this the 4th day of February, 2020.

*/s/ Scott D. Wilson*
**SCOTT D. WILSON, NO. 20339**
Attorney for Debtor(s)
405 1/2 A 31st Ave. N.
Nashville, TN 37209
Phone:(615) 297-2400
Fax:(615) 634-0241
wilsonlgl@hotmail.com

## CERTIFICATE OF SERVICE

I certify that on this 4th day of February, 2020, I served a copy of the foregoing in the following manner:

*Email by Electronic Case Noticing to:*

Asst. U.S. Trustee
Henry E. Hildebrand, III, Chapter 13 Trustee

*By facsimile or email to:*

Wilson County General Sessions Court, by facsimile to (615) 443-1186

*By U.S. Postal Service to:*

LVNV Funding LLC
c/o Stenger & Stenger
2618 East Paris Ave Se
Grand Rapids MI 49546

Wilson Bank & Trust
c/o Lee & Lee Attorneys at Law
109 E Gay St
Lebanon TN 37087

Harpeth Financial Services
c/o The Hill Firm PLLC
Po Box 150529
Nashville TN 37215

Tn Quick Cash, Inc
c/o Barry J. Gammons
Po Box 330610
Nashville TN 37203

Jethro and Jennifer Thurston
5187 Murfreesboro Road

Lebanon, TN 37090

Cracker Barrel Old Country Store
Po Box 787
Lebanon, TN 37088


*/s/ Scott D. Wilson*
**SCOTT D. WILSON, NO. 20339**

6 TOTAL USPS MAILINGS: $6.00