IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: | ) |
| | ) |
| **THURSTON, Jethro & Jennifer** | ) Case No.: 20-00625 |
| | ) Chapter 13 |
| | ) |
| Debtors. | ) |

---

**HEARING ON OBJECTIONS SET FOR: April 15, 2020 at 8:30 am, at Courtroom 1, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203**
**OBJECTION TO CONFIRMATION**

---

Comes now, J & L Sales and Rentals, LLC("J & L Sales and Rentals"), by and through counsel and would file this objection to confirmation in the above-styled case. J & L Sales and Rentals is a secured creditor of the above-styled Debtors and has filed a claim in this case in the amount of $8,294.00. This claim is secured by a 10' x 20' lofted barn. As grounds for this objection, J & L Sales and Rentals would state that the plan fails to provide for an adequate value or adequate protection on this claim. Therefore, J & L Sales and Rentals, LLC would object to confirmation and pray that this matter be set for hearing on April 15, 2020.

Respectfully submitted,

*/s/ David G. Mangum*
**David G. Mangum**, **#013322**
**Attorney for Creditor**
2303 8th Avenue South
Nashville, TN 37204
Ph: (615) 255-8690
Fax: (615) 255-2766
notice@davidmangum.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the above and foregoing Objection to Confirmation was served upon Debtors' Attorney, Scott D. Wilson, wilsonlgl@hotmail.com and to the Chapter 13 Trustee, Henry E. Hildebrand, III, P. O. Box 340019, Nashville, TN 37203-0019 via electronic mail by ECF and/or by United States Mail, First Class, postage prepaid, on this the 2nd day of March, 2020.

*/s/ David G. Mangum*
**David G. Mangum**

*DGM File #75519*