IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: ) | | |
| ) | CHAPTER: | 13 |
| JETHRO AND JENNIFER THURSTON ) | CASE NO.: | 20-00625 |
| 5187 MURFREESBORO ROAD ) | JUDGE: | MASHBURN |
| LEBANON, TN 37090 ) | | |
| SSN: XXX-XX-0803/8042 ) | | |
| Debtors. ) | | |
| ) | | |
| ) | | |

**THE DEADLINE FOR FILING A TIMELY RESPONSE IS: May 1, 2020.**
**IF A RESPONSE IS TIMELY FILED, THE HEARING WILL BE: May 13, 2020, at 8:30 a.m. in Courtroom 1, Customs House, 701 Broadway, Nashville, TN 37203.**

**NOTICE OF OBJECTION TO CLAIM OF THE INTERNAL REVENUE SERVICE (ECF CLAIM #7)**

Counsel for Debtors have asked the court for the following relief: To disallow the claim of the IRS

**YOUR RIGHTS MAY BE AFFECTED.** If you do not want the court to grant the attached motion by entering the attached order, or if you want the court to consider your views on the motion, then on or before the response date stated above, you or your attorney must:

1.  File with the court your response or objection explaining your position. **PLEASE NOTE: THE BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE REQUIRES ELECTRONIC FILING. ANY RESPONSE OR OBJECTION YOU WISH TO FILE MUST BE SUBMITTED ELECTRONICALLY. TO FILE ELECTRONICALLY, YOU OR YOUR ATTORNEY MUST GO TO THE COURT WEBSITE AND FOLLOW THE INSTRUCTIONS AT: <https://ecf.tnmb.uscourts.gov>** .

    If you need assistance with Electronic Filing you may call the Bankruptcy Court at (615) 736-5584. You may also visit the Bankruptcy Court in person at: US Bankruptcy Court, 701 Broadway, 1st Floor, Nashville, TN (Monday - Friday, 8:00 A.M. - 4:00 P.M.).

2.  Your response must state that the deadline for filing responses, the date of the scheduled hearing and the motion to which you are responding is.

    If a response is filed before the deadline stated above, the hearing will be held at the time and place indicated above. ***THERE WILL BE NO FURTHER NOTICE OF THE HEARING DATE.*** You may check whether a timely response has been filed by calling the Clerk's office at (615) 736-5584 or viewing the case on the Court's website at <www.tnmb.uscourts.gov>.

    If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: April 1, 2020

/s/ *Scott D. Wilson*
**SCOTT D. WILSON, NO. 20339**

IN THE UNITED STATES BANKRUPTCY COURT
                     FOR THE MIDDLE DISTRICT OF TENNESSEE

| IN RE: | ) | | |
|---|---|---|---|
| | ) | CHAPTER: | 13 |
| JETHRO AND JENNIFER THURSTON | ) | CASE NO.: | 20-00625 |
| 5187 MURFREESBORO ROAD | ) | JUDGE: | MASHBURN |
| LEBANON, TN 37090 | ) | | |
| SSN: XXX-XX-0803/8042 | ) | | |
|   Debtors. | ) | | |
| | ) | | |
| | ) | | |

## DEBTORS' OBJECTION TO CLAIM FILED BY THE INTERNAL REVENUE SERVICE

     COME the Debtors, through counsel, and objects to the claim filed by the Internal Revenue Service with the Clerk of this Court on or about February 13, 2020, in the amount of $2,938.60 (ECF Claim #7) and in support states as follows:

     1.    The Proof of Claim filed by the Internal Revenue Service contains an estimate for 2017, 2018 and 2019 Form 1040 Taxes in the amount of $2,938.60. The 2017, 2018 and 2019 Form 1040 tax returns, attached hereto, have not been processed by the Internal Revenue Service and reflects a higher amount owed by the Debtors.

     2.    As evidenced by the Sworn Statement attached hereto, after review of the Debtors' tax returns it appears the Debtors tax liability is higher than claimed.

     WHEREFORE, based upon the foregoing, the Debtors respectfully object to the claim of the Internal Revenue Service subject to its right to file an amended claim after processing the tax returns.

Respectfully submitted,


**/s/** *Scott D. Wilson*
**SCOTT D. WILSON, NO. 20339**
Attorney for Debtor(s)
405 1/2 A 31st Ave. N.
Nashville, TN 37209
Phone:(615) 297-2400
Fax:(615) 634-0241
wilsonlgl@hotmail.com

## CERTIFICATE OF SERVICE

       I certify that on this 1st day of April, 2020, I mailed/e-mailed a copy of the foregoing to the Office of the Chapter 13 Trustee, PO Box 340019, Nashville, TN 37203; to the Office of the U.S. Trustee, Customs House, Suite 318, 701 Broadway, Nashville, TN 37203-3966; to the Debtors at the above referenced address; to the Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346; to the Internal Revenue Service, 801 Broadway, MDP 146, Nashville, TN 37203-3816; to the U.S. Attorney, Middle District of Tennessee, 810 Broadway, Suite 400, Nashville, TN 37203; and to the United States Attorney General, Department of Justice, 950 Pennsylvania Avenue N.W., Washington, DC 20530-0001.

/s/ *Scott D. Wilson*
**SCOTT D. WILSON, NO. 20339**

TOTAL MAILINGS: 5

| | | | |
|---|---|---|---|
| IN RE: | ) | | |
| | ) | CHAPTER: | 13 |
| JETHRO AND JENNIFER THURSTON | ) | CASE NO.: | 20-00625 |
| 5187 MURFREESBORO ROAD | ) | JUDGE: | MASHBURN |
| LEBANON, TN 37090 | ) | | |
| SSN: XXX-XX-0803/8042 | ) | | |
|   Debtors. | ) | | |
| | ) | | |
| | ) | | |

### STATEMENT OF SCOTT D. WILSON

I, Scott D. Wilson, under penalty of perjury, state that I have reviewed the Court's Claim Registry and my review indicates to me that the claim filed by the Internal Revenue Service on February 13, 2020, (ECF Claim #7 on the Court's Claim Registry), includes an estimated amount due for 2017, 2018 and 2019 Form 1040 tax returns, and these specific returns have not been processed by the Internal Revenue Service.

Signed this 1st day of April, 2020.

Respectfully submitted,


*/s/ Scott D. Wilson*
SCOTT D. WILSON
Attorney for Debtor(s)
405 1/2 A 31st Ave. N.
Nashville, TN 37209
Phone:(615) 297-2400
Fax:(615) 634-0241
wilsonlgl@hotmail.com