J.H.

APR 0 2 2020

SCOTT D WILSON

JWD 4/2

**CHAPTER 13 TRUSTEE'S FIRST MEETING OF CREDITORS QUESTIONNAIRE**
THIS FORM MUST BE COMPLETED, SIGNED AND RETURNED BY EACH
DEBTOR TO THE TRUSTEE AT THE TIME OF YOUR MEETING OF CREDITORS



Name: JETHRO SHELDON THURSTON   Case No. 20-00625-MH3-13
341 Date: March 17, 2020 11:00 am

1. Is your current mailing address?   Yes ✓  No ___
   5187 MURFREESBORO ROAD, LEBANON, TN 37090
   If your address is not correctly listed, indicate your correct mailing address:
   _____
   _____
   Email address: Jessie.Thurston27@Gmail.Com
   I consent to Trustee sending correspondence by email, unless noted here. _____

2. What is your current phone number?
   Home phone: _____   Cell phone: 615-202-5329

3. Do you have a domestic support obligation YOU HAVE TO PAY such as child support, or alimony?   Yes ___  No ✓
   If yes, please provide the following:
   Claimant's name (person you owe): _____
   Address: _____
   Payment amount: $ _____
   When will your obligation to pay end? _____
   If yes, are you current on your domestic support obligation payments since filing your Chapter 13 case?   Yes ___  No ___

4. Have you filed all required tax returns for the past four years?   Yes ✓  No ___
   Not required to file a tax return _____
   If no, why not and identify the specific years: _____

5. Have you previously filed bankruptcy?   Yes ✓  No ___
   If yes, under what chapter did you file, when did you file, where did you file and state if you received a discharge?
   Ch7 6n0-9-05 Discharged
   Ch7 04 1-99 Discharged
   Ch7 Discharge TN 03-14

6. Are you currently employed at:   Yes ✓  No ___
   CRACKER BARREL OLD COUNTRY STORE   ATTN PAYROLL P O BOX 787 LEBANON, TN 370


J.H.

APR 0 2 2020

# CHAPTER 13 TRUSTEE'S FIRST MEETING OF CREDITORS QUESTIONNAIRE

THIS FORM MUST BE COMPLETED, SIGNED AND RETURNED BY EACH DEBTOR TO THE TRUSTEE AT THE TIME OF YOUR MEETING OF CREDITORS



Name: **JENNIFER LEIGH THURSTON**

Case No. 20-00625-MH3-13
341 Date: March 17, 2020 11:00 am

1. Is your current mailing address? **Yes ✓ No ___**

   5187 MURFREESBORO ROAD, LEBANON, TN 37090

   If your address is not correctly listed, indicate your correct mailing address:
   _____
   _____

   Email address: _nirsty.jt@gmail.com_

   I consent to Trustee sending correspondence by email, unless noted here.

2. What is your current phone number?
   Home phone: _615-202-6707_    Cell phone: _615-202-6707_

3. Do you have a domestic support obligation YOU HAVE TO PAY such as child support, or alimony?  **Yes ___ No X**

   If yes, please provide the following:
   Claimant's name (person you owe): _____
   Address: _____
   Payment amount: $ _____
   When will your obligation to pay end? _____
   If yes, are you current on your domestic support obligation payments since filing your Chapter 13 case?  Yes ___ No ___

4. Have you filed all required tax returns for the past four years?  **Yes ✓ No ___**

   Not required to file a tax return ___
   If no, why not and identify the specific years: _____

5. Have you previously filed bankruptcy?  **Yes ✓ No ___**

   If yes, under what chapter did you file, when did you file, where did you file and state if you received a discharge?

   Ch 7 04 09-05 Discharged
   Ch 7 0A 1-99 Discharged 3-14
   Chapter 7 Discharged TN 03-14

6. Are you currently employed at?  **Yes ✓ No ___**

   Amazon