Marian F. Harrison
US Bankruptcy Judge

Dated: 4/16/2020

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER: 13 |
| JETHRO AND JENNIFER THURSTON ) | CASE NO.: 20-00625 |
| 5187 MURFREESBORO ROAD ) | JUDGE: MASHBURN |
| LEBANON, TN 37090 ) | |
| SSN: XXX-XX-0803/8042 ) | |
|    Debtors. ) | |

**ORDER GRANTING MOTION TO APPROVE
ATTORNEY TO REPRESENT THE JOINT DEBTOR AND THE ESTATE**

THIS MATTER IS BEFORE THE COURT upon the Debtor's Motion to Approve Attorney to Represent the Joint Debtor and the Estate, with notice of proposed action having been given to all necessary parties pursuant to Local Rule No. 9013-1. It appearing that no objection had been filed in writing within twenty-one (21) days of the filing of the proposed action, the motion is well taken and shall be granted as follows:

1. Attorney Christopher Boiano and the law firm of Boiano & Boiano is approved to represent the Debtor and the Estate regarding the employment claims against CoreCiv.

2. Attorney Christopher Boiano and the law firm of Boiano & Boiano is entitled to receive an attorney fee of thirty-three percent (33%) of any settlement received by the Joint Debtor, plus out-of-pocket expenses forty percent (40%) in the event the matter is resolved by a trial, plus out-of-pocket expenses.

3. The Debtor shall be entitled to her exemption pursuant to T.C.A. 26-2-103 in the amount of $6,800.00, any funds over and above that amount, which shall be net to the Joint Debtor, shall go to the Estate to be paid under the Plan.

4. Debtors' Counsel will apply for fees in the amount of $200.00 pursuant to the Rights and

Responsibilities entered between Counsel and the Debtors on January 30, 2020, for representation in this matter.

IT IS SO ORDERED.

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY
AS INDICATED AT THE TOP OF THE FRONT PAGE

APPROVED FOR ENTRY:

*/s/ Scott D. Wilson*
**SCOTT D. WILSON, NO. 20339**
Attorney for Debtor(s)
405 1/2 A 31st Ave. N.
Nashville, TN 37209
Phone:(615) 297-2400
Fax:(615) 634-0241
wilsonlgl@hotmail.com

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.