```
                        United States Bankruptcy Court
                         Middle District of Tennessee
```

In re:                                                         Case No. 20-00625-MFH
JETHRO SHELDON THURSTON                                        Chapter 13
JENNIFER LEIGH THURSTON
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0650-3          User: mlh9971           Page 1 of 1           Date Rcvd: Apr 16, 2020
                              Form ID: pdf001         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 18, 2020.
db/jdb        +JETHRO SHELDON THURSTON,   JENNIFER LEIGH THURSTON,   5187 MURFREESBORO ROAD,
               Lebanon, TN 37090-0627

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 16, 2020 at the address(es) listed below:
              DAVID GEORGE MANGUM    on behalf of Creditor   J & L Sales notice@davidmangum.com,
               terrijackson@davidmangum.com
              HENRY EDWARD HILDEBRAND, III    hhecf@ch13nsh.com
              ROBERT JOSEPH HILL, II    on behalf of Creditor   Harpeth Financial Services, LLC
               hillfirmnotices@gmail.com
              SCOTT D WILSON    on behalf of Joint Debtor JENNIFER LEIGH THURSTON wilsonlgl@hotmail.com,
               wilsonlegalservices@gmail.com;wilsonsr82038@notify.bestcase.com
              SCOTT D WILSON    on behalf of Debtor JETHRO SHELDON THURSTON wilsonlgl@hotmail.com,
               wilsonlegalservices@gmail.com;wilsonsr82038@notify.bestcase.com
              US TRUSTEE    ustpregion08.na.ecf@usdoj.gov
                                                                                            TOTAL: 6

Marian F. Harrison
US Bankruptcy Judge

Dated: 4/16/2020

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE: )
)  CHAPTER: 13
JETHRO AND JENNIFER THURSTON )  CASE NO.: 20-00625
5187 MURFREESBORO ROAD )  JUDGE: MASHBURN
LEBANON, TN 37090 )
SSN:  XXX-XX-0803/8042 )
   Debtors. )
)
)

## ORDER GRANTING MOTION TO APPROVE
## ATTORNEY TO REPRESENT THE JOINT DEBTOR AND THE ESTATE

THIS MATTER IS BEFORE THE COURT upon the Debtor's Motion to Approve Attorney to Represent the Joint Debtor and the Estate, with notice of proposed action having been given to all necessary parties pursuant to Local Rule No. 9013-1. It appearing that no objection had been filed in writing within twenty-one (21) days of the filing of the proposed action, the motion is well taken and shall be granted as follows:

    1.    Attorney Christopher Boiano and the law firm of Boiano & Boiano is approved to represent the Debtor and the Estate regarding the employment claims against CoreCiv.

    2.    Attorney Christopher Boiano and the law firm of Boiano & Boiano is entitled to receive an attorney fee of thirty-three percent (33%) of any settlement received by the Joint Debtor, plus out-of-pocket expenses forty percent (40%) in the event the matter is resolved by a trial, plus out-of-pocket expenses.

    3.    The Debtor shall be entitled to her exemption pursuant to T.C.A. 26-2-103 in the amount of $6,800.00, any funds over and above that amount, which shall be net to the Joint Debtor, shall go to the Estate to be paid under the Plan.

    4.    Debtors' Counsel will apply for fees in the amount of $200.00 pursuant to the Rights and

Responsibilities entered between Counsel and the Debtors on January 30, 2020, for representation in this matter.

IT IS SO ORDERED.

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY<br>AS INDICATED AT THE TOP OF THE FRONT PAGE

APPROVED FOR ENTRY:

**/s/ *Scott D. Wilson***
**SCOTT D. WILSON, NO. 20339**
Attorney for Debtor(s)
405 1/2 A 31st Ave. N.
Nashville, TN 37209
Phone:(615) 297-2400
Fax:(615) 634-0241
wilsonlgl@hotmail.com

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.