```
                          United States Bankruptcy Court
                           Middle District of Tennessee
In re:                                                          Case No. 20-00625-MFH
JETHRO SHELDON THURSTON                                         Chapter 13
JENNIFER LEIGH THURSTON
        Debtors                    CERTIFICATE OF NOTICE
```

District/off: 0650-3         User: mlh9971          Page 1 of 1              Date Rcvd: May 05, 2020
                             Form ID: failfmcc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 07, 2020.
db/jdb         +JETHRO SHELDON THURSTON,    JENNIFER LEIGH THURSTON,    5187 MURFREESBORO ROAD,
                 Lebanon, TN 37090-0627

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2020                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 5, 2020 at the address(es) listed below:
              DAVID GEORGE MANGUM    on behalf of Creditor    J & L Sales notice@davidmangum.com,
               terrijackson@davidmangum.com
              HENRY EDWARD HILDEBRAND, III    hhecf@ch13nsh.com
              ROBERT JOSEPH HILL, II    on behalf of Creditor    Harpeth Financial Services, LLC
               hillfirmnotices@gmail.com
              SCOTT D WILSON    on behalf of Joint Debtor JENNIFER LEIGH THURSTON wilsonlgl@hotmail.com,
               wilsonlegalservices@gmail.com;wilsonsr82038@notify.bestcase.com
              SCOTT D WILSON    on behalf of Debtor JETHRO SHELDON THURSTON wilsonlgl@hotmail.com,
               wilsonlegalservices@gmail.com;wilsonsr82038@notify.bestcase.com
              US TRUSTEE    ustpregion08.na.ecf@usdoj.gov
                                                                                             TOTAL: 6

Form failfmcc (rev 2/2016)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF TENNESSEE
### Case No. 3:20−bk−00625
#### Chapter 13

In re:

| | |
|---|---|
| JETHRO SHELDON THURSTON<br>aka JESSIE THURSTON<br>5187 MURFREESBORO ROAD<br>Lebanon, TN 37090 | JENNIFER LEIGH THURSTON<br>5187 MURFREESBORO ROAD<br>Lebanon, TN 37090 |
| Social Security No.:<br>xxx−xx−0803 | Social Security No.:<br>xxx−xx−8042 |

### NOTICE OF FAILURE TO FILE FINANCIAL MANAGEMENT COURSE CERTIFICATE AND POTENTIAL CLOSURE OF CASE WITHOUT DISCHARGE

To the Debtor(s):

You are receiving this notice because the Clerk is obligated to inform you that the Financial Management Course Certification Statement (Official Form 423) required by Rule 1007(b)(7) has not been filed in your case. If you are currently a Chapter 7 debtor, the statement must be filed within 60 days after the first set date for the meeting of creditors. If you are currently a Chapter 13 debtor, the statement must be filed no later than the date when the last payment required under the plan is made. If you fail to timely file the Financial Management Certification Statement, your case will be closed without you receiving a discharge.

Dated: 5/5/20

TERESA C. AZAN
Clerk, U.S. Bankruptcy Court