Dated: 5/13/2020

Marian F. Harrison
US Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | | |
|---|---|---|---|
| IN RE: | ) | | |
| | ) | CHAPTER: | 13 |
| JETHRO AND JENNIFER THURSTON | ) | CASE NO.: | 20-00625 |
| 5187 MURFREESBORO ROAD | ) | JUDGE: | MASHBURN |
| LEBANON, TN 37090 | ) | | |
| SSN: XXX-XX-0803/8042 | ) | | |
|    Debtors. | ) | | |
| | ) | | |
| | ) | | |

**ORDER DENYING TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO CONFIRM PLAN**

THIS CAUSE CAME TO BE HEARD on the 13th day of May, 2020, upon the Trustee's Motion to Dismiss for Failure to Confirm Plan. It appearing to the Court that the Debtors' plan is now confirmed, therefore the Court finds that the motion is not well taken and shall be DENIED.

IT IS THERFORE ORDERED, ADJUDGED, AND DECREED that the Trustee's Motion to Dismiss for Failure to Confirm Plan is hereby DENIED.

IT IS SO ORDERED.

*THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.*

APPROVED FOR ENTRY:

/s/ *Scott D. Wilson*
**SCOTT D. WILSON, NO. 20339**
Attorney for Debtor(s)
405 1/2 A 31st Ave. N.
Nashville, TN 37209
Phone: (615) 297-2400
Fax: (615) 810-8958
wilsonlgl@hotmail.com

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.

Case 3:20-bk-00625   Doc 38   Filed 05/14/20   Entered 05/14/20 07:31:36   Desc Main
Document      Page 1 of 1