```
United States Bankruptcy Court
Middle District of Tennessee
```

In re:                                                                          Case No. 20-00625-MFH
JETHRO SHELDON THURSTON                                                         Chapter 13
JENNIFER LEIGH THURSTON
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0650-3          User: mlh9971              Page 1 of 1              Date Rcvd: May 29, 2020
                              Form ID: pdf001            Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2020.
db              +JETHRO SHELDON THURSTON,    5187 MURFREESBORO ROAD,    Lebanon, TN 37090-0627
                +CRACKER BARREL OLD COUNTRY STORE,    ATTN PAYROLL,    POB 787,    LEBANON, TN 37088-0787

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2020                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2020 at the address(es) listed below:
              DAVID GEORGE MANGUM    on behalf of Creditor    J & L Sales notice@davidmangum.com,
               terrijackson@davidmangum.com
              HENRY EDWARD HILDEBRAND, III    hhecf@ch13nsh.com
              ROBERT JOSEPH HILL, II    on behalf of Creditor    Harpeth Financial Services, LLC
               hillfirmnotices@gmail.com
              SCOTT D WILSON    on behalf of Joint Debtor JENNIFER LEIGH THURSTON wilsonlgl@hotmail.com,
               wilsonlegalservices@gmail.com;wilsonsr82038@notify.bestcase.com
              SCOTT D WILSON    on behalf of Debtor JETHRO SHELDON THURSTON wilsonlgl@hotmail.com,
               wilsonlegalservices@gmail.com;wilsonsr82038@notify.bestcase.com
              US TRUSTEE    ustpregion08.na.ecf@usdoj.gov
                                                                                             TOTAL: 6

Marian F. Harrison
US Bankruptcy Judge

Dated: 5/29/2020

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

SC

IN RE:  
JETHRO SHELDON THURSTON  
5187 MURFREESBORO ROAD  
LEBANON, TN  37090

CASE NO. 20-00625-MH3-13  
05/28/2020

SSN XXX-XX-0803

**AMENDED**

## ORDER TO PAY TRUSTEE

    The debtor named above has filed a petition for relief under Chapter 13 of the Bankruptcy Code and has submitted all future income to the jurisdiction of the United States Bankruptcy Court.

    IT IS ORDERED that until further order of this court, the entity from whom the debtor receives income:

        **CRACKER BARREL OLD COUNTRY STORE**  
        **ATTN PAYROLL**  
        **P O BOX 787**  
        **LEBANON, TN  37088-0787**

shall deduct **$1,283.00 SEMI-MONTHLY** beginning on the next pay period following receipt of this order and deduct same amount each pay period thereafter including any period for which the debtor receives a lump sum payment as a result of vacation, termination, longevity, merit bonuses or other benefits arising from present or past employment and remit the deductible amount to the Trustee at least monthly.

| **MAKE CHECKS PAYABLE AND MAIL PAYMENTS TO:**<br><br>**CHAPTER 13 TRUSTEE**<br>**P O BOX 340019**<br>**NASHVILLE, TN  37203** | **PLEASE INCLUDE ON ALL PAYMENTS:**<br><br>**NAME: JETHRO SHELDON THURSTON**<br>**CASE NUMBER: 320-00625** | **FOR INQUIRIES:**<br><br>**PHONE: 615-244-1101**<br>        **800-231-5928**<br>**FAX:   615-242-3241** |
|---|---|---|

    IT IS FURTHER ORDERED that the entity from whom the debtor receives income shall notify the Trustee in writing, if the debtor's income is terminated and the reason therefore.

    IT IS FURTHER ORDERED that all income of the debtor, including monthly commission checks, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues, be paid in accordance with usual payment procedures.

    IT IS FURTHER ORDERED that no deductions on account of any garnishment, wage assignment, child support, alimony payment, credit union, or other purpose not specifically authorized by this Court shall be made from the income of the debtor.

    IT IS FURTHER ORDERED that this order supersedes all previous orders received by the above-referenced entity in this case.  Failure to comply with the provisions of this order may result in a motion for contempt.

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.

cc:  JETHRO SHELDON THURSTON  
      SCOTT D WILSON  
      CRACKER BARREL OLD COUNTRY STORE