IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER: 13 |
| JETHRO AND JENNIFER THURSTON ) | CASE NO.: 20-00625 |
| 5187 MURFREESBORO ROAD ) | JUDGE: MASHBURN |
| LEBANON, TN 37090 ) | |
| SSN: XXX-XX-0803/8042 ) | |
|   Debtors. ) | |
| ) | |
| ) | |

## MOTION TO VOLUNTARILY DISMISS CHAPTER 13 BANKRUPTCY

COME the Debtors, through counsel, and pursuant to 11 U.S.C. §1307(b) and Local Rule 1017-2(d), moves the Court to dismiss the above styled Chapter 13 case.

Respectfully submitted,

**/s/** *Scott D. Wilson*
**SCOTT D. WILSON, NO. 20339**
Attorney for Debtor(s)
405 1/2 A 31st Ave. N.
Nashville, TN 37209
Phone:(615) 297-2400
Fax:(615) 634-0241
wilsonlgl@hotmail.com

## CERTIFICATE OF SERVICE

I certify that on this 23rd day of June, 2020, I served a copy of the foregoing in the following manner:

*Email by Electronic Case Noticing to:*

Asst. U.S. Trustee
Henry E. Hildebrand, III, Chapter 13 Trustee

*By U.S. Postal Service, postage prepaid to:*

To the Debtors' address referenced above and to all parties-in-interest per the below amended matrix.

**/s/** *Scott D. Wilson*
**SCOTT D. WILSON, NO. 20339**

24 TOTAL FIRST CLASS MAILINGS: $24.00

Ascendium Education Solutions, Inc
PO Box 8961
Madison WI 53708-8961

AT&T Mobility II LLC
%AT&T SERVICES INC.
KAREN A. CAVAGNARO PARALEGAL
ONE AT&T WAY, SUITE 3A104
BEDMINSTER, NJ. 07921

Bridgecrest credit company, LLC
PO Box 29018
Phoenix AZ 85038

CashNetUSA
175 W Jackson Blvd
Suite 1000
Chicago, IL 60604

Check Into Cash
201 Keith St SW
Suite 80
Cleveland, TN 37311

Directv, LLC
by American InfoSource as agent
PO Box 5008
Carol Stream, IL 60197-5008

FOX COLLECTION CENTER
PO BOX 528
GOODLETTSVILLE, TN 37070

Great Lakes Higher Education Corporation
c/o The United States Attorney s Office
110 9th Ave S # A961
Nashville TN 37203

Harpeth Financial Services, LLC
c/o The Hill Firm PLLC
PO Box 150529
Nashville, TN 37215

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
Philadelphia PA 19101-7346

J & L SALES AND RENTALS LLC
PO BOX 146
Paris TN 38242

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Massey's
c/o Creditors Bankruptcy Service
P.O. Box 800849
Dallas, TX 75380

Midnight Velvet
c/o Creditors Bankruptcy Service
P.O. Box 800849
Dallas, TX 75380

National Credit Adjusters, LLC
Attn: Bankruptcy Department
P.O. Box 3023
Hutchinson, KS. 67504

Pendrick Capital Partners II, LLC
Peritus Portfolio Services II, LLC
PO BOX 141419
IRVING, TX 75014-1419

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

Jefferson Capital Systems LLC Assignee
Po Box 772813
Chicago Il 60677-2813

Scolopax, LLC
C O WEINSTEIN & RILEY, PS
2001 WESTERN AVENUE, STE 400
Seattle, WA 98121

Tea Olive, LLC
PO BOX 1931
Burlingame, CA 94011

Tennessee Quick Cash, Inc.
c/o Barry J Gammons
P.O. Box 330610
Nashville, TN 37203

Total Visa/Bank of Missouri
Attn: Bankruptcy
Po Box 85710
Sioux Falls SD 57118

World Finance Corp. c/o World Acceptance Corp.
Attn: Bankruptcy Processing Center
PO Box 6429
Greenville, SC 29606